NANCY HERSH, ESQ., State Bar No. 49091
JOSEPH BOYLE, ESQ., State Bar No. 132539
KATE HERSH-BOYLE, ESQ., State Bar No. 278864
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6316
(415) 441-5544

Attorneys for Defendant STEPHEN MACKEN

# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH DICKINSON, an individual doing business as HMG FARMS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO STEVENS, ET AL<br><br>    Defendants. | CASE NUMBER  2: CV-10-9460-CBM (CWx)<br>The Honorable Consuelo B. Marshall<br><br>**JUDGMENT IN A CIVIL ACTION** |

The Action was tried by a jury, the Honorable Consuelo B. Marshall, presiding.  The jury rendered a verdict in favor of Defendant Stephen Macken, and against Plaintiff Elizabeth Dickinson an individual and dba HMG Farms.

The Court hereby orders that the plaintiff, Elizabeth Dickinson, an individual dba HMG Farms recover nothing from the Defendant, Stephen

- 2 -

Macken, and that the case be dismissed on its merits.  The Defendant, Stephen Macken, may recover costs upon Application pursuant to Local Rule 54-3, and as approved by the Court, from the Plaintiff.

Date: April 05, 2013

_____

Honorable Consuelo B. Marshall